IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
2096 Walsh Ave, Ste C1
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>Plaintiff,<br>v.<br><br>NICOLAS CANAVARRO, DBA MOON ZOOOM,<br><br>Defendant. | **Case No.** 5:26-cv-05146-SVK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE JOINT SITE INSPECTION DEADLINE AND RELATED GENERAL ORDER NO. 56 DEADLINES; DECLARATION OF IRAKLI KARBELASHVILI**<br><br>Current Joint Site Inspection Deadline: September 22, 2026<br><br>Proposed Deadline: October 22, 2026 |

Plaintiff JAMES ALGER ("Plaintiff") and Defendant NICOLAS CANAVARRO, DBA MOON ZOOOM ("Defendant") (collectively, the "Parties"), pursuant to Civil Local Rules 7011 and General Order No. 56, hereby stipulate and jointly request as follows:

1. On May 30, 2026, Plaintiff filed the Complaint in this action (Dkt. 1), asserting claims under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181 et seq., and related California law, arising out of alleged barriers to access at a store in Santa Cruz, California (the "Premises").

2. On June 3, 2026, the Court issued its Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title II & III (Dkt. 4) (the "Scheduling Order"). Consistent with General Order No. 56, the Scheduling Order requires the Parties and counsel to hold a joint inspection of the Premises no later than sixty (60) days after service of the Complaint (General Order No. 56 ¶ 7), and to make initial disclosures no later than seven (7) days before the joint site inspection (*id.* ¶ 4). The subsequent deadlines under the Scheduling Order are keyed to the date of the joint site inspection, including the deadline to meet and confer in person to discuss settlement (35 days after the joint site inspection; *id.* ¶ 8) and the deadline to file a Notice of Need for Mediation and Certification of Counsel or a Notice of Settlement (42 days after the joint site inspection or settlement meeting, whichever occurs first; *id.* ¶ 9).

3. Defendant was served by substituted service, and on July 24, 2026 (Dkt. 8) and Defendant's responsive pleading was originally due August 14, 2026.

4. On September 5, 2026, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) extending Defendant's time to respond to the Complaint to September 14, 2026 (Dkt. 9). That stipulation did not alter any date or deadline set by Court order.

5. Defendant appeared in this action only recently. On September 15, 2026, Defendant, who is representing himself, filed his Answer to the Complaint (Dkt. 10), together with his Certification of Conflicts and Interested Entities or Persons (Dkt. 12) and his consent to magistrate judge jurisdiction (Dkt. 11).

6. Under the Scheduling Order, the current deadline for the joint site inspection is September 22, 2026, *i.e.,* sixty (60) days after service of the Complaint was completed on July 24, 2026.

7. Because Defendant appeared only recently, the Parties require additional time to coordinate and schedule the joint site inspection. The Parties also wish to use the additional time to engage in settlement discussions before incurring the additional fees and costs associated with a formal joint site inspection.

8. The requested continuance is consistent with the purpose of General Order No. 56, which is to encourage the early, cost-effective resolution of disability access claims and the prompt remediation of access barriers. If the Parties are able to resolve this matter through early settlement discussions, a joint site inspection may become unnecessary.

9. The Parties therefore agree that good cause exists to continue the joint site inspection deadline by thirty (30) days to October 22, 2026, together with the related General Order No. 56 deadlines modified accordingly.

10. There have been no previous modifications of any deadline set by the Scheduling Order. The only prior time modification in this case is the Parties' stipulation extending Defendant's time to respond to the Complaint (Dkt. 9). No case management conference, hearing, or trial date has been set, and the requested continuance will not affect any other date in this case.

Dated: September 22, 2026

ALLACCESS LAW GROUP

*/s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI
Attorneys for Plaintiff JAMES ALGER

Dated: September 22, 2026

DocuSigned by:
Nicolas Canavarro
286C9DABE2F441D...
NICOLAS CANAVARRO
dba Moon Zooom, Defendant, Pro Se

**DECLARATION OF IRAKLI KARBELASHVILI**

I, Irakli Karbelashvili, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court, and I am counsel of record for Plaintiff James Alger in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in support of the foregoing stipulated request to continue the joint site inspection deadline and related General Order No. 56 deadlines.

3. Defendant, who is representing himself, appeared in this action only recently, filing his Answer on September 15, 2026 (Dkt. 10). As a result, the Parties require additional time to coordinate and schedule the joint site inspection. The Parties also wish to engage in settlement discussions before incurring the additional costs associated with a formal joint site inspection.

4. The only previous time modification in this case is the Parties' stipulation extending Defendant's time to respond to the Complaint from August 14, 2026 to September 14, 2026 (Dkt. 9). There have been no previous modifications, whether by stipulation or court order, of any deadline set by the Scheduling Order.

5. The requested modification would continue the joint site inspection deadline from from September 22, 2026 to October 22, 2026, and would correspondingly shift the initial disclosure deadline and the subsequent General Order No. 56 deadlines that are calculated from the date of the joint site inspection. No case management conference, hearing, or trial date has been set in this action, and the requested modification will not affect any other date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2026, at Playa Vista, California.

*<u>/s/ Irakli Karbelashvili</u>*
IRAKLI KARBELASHVILI

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for the Parties and counsel to hold the joint inspection of the premises under General Order No. 56 ¶ 7 and the Scheduling Order (Dkt. 4) is CONTINUED from September 22, 2026 to October 22, 2026.

2. The Parties shall make initial disclosures under Fed. R. Civ. P. 26(a)(1) and General Order No. 56 ¶ 4 no later than seven (7) days before the joint site inspection.

3. All remaining deadlines under General Order No. 56 and the Scheduling Order shall be calculated from the date of the joint site inspection as set forth in the Scheduling Order.

**IT IS SO ORDERED.**

Dated: September 23, 2026

Susan van Keulen

Hon. Susan van Keulen
United States Magistrate Judge